IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-30813
_____


THOMAS R DOUGLAS, JR, doing business as, Douglas Farms;
ET AL
                        Plaintiffs

v.

MAXWELL COTTON COMPANY; ET AL
                        Defendants

*****************************************************************

H A BOUGHTON, Trustee
                        Plaintiff-Appellant

v.

WILLIAM G DOWDEN; ET AL
                        Defendants
MAXWELL COTTON COMPANY; HELENA CHEMICAL COMPANY
                        Defendants-Appellees

_____

Appeal from the United States District Court
for the Western District of Louisiana
(95-CV-172)
_____
June 3, 1998
Before KING and DAVIS, Circuit Judges, and VANCE[*],
     District Judge.

PER CURIAM:[**]

---

[*]District Judge of the Eastern District of Louisiana,
sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except

For the reasons set forth in the district court's July 15, 1997 ruling, we AFFIRM the judgment of the district court.

---

under the limited circumstances set forth in 5TH CIR. R. 47.5.4.